ACCEPTED
01-14-00620-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/11/2015 8:32:37 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-14-00620-CR

| | | | |
|---|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** | |
| | § | | 1st COURT OF APPEALS |
| **V.** | § | **FIRST COURT** | HOUSTON, TEXAS |
| | § | | 2/11/2015 8:32:37 PM |
| **BRODERICK RENALDA FRENCH** | § | **OF APPEALS** | CHRISTOPHER A. PRINE Clerk |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/11/2015 8:32:37 PM
CHRISTOPHER A. PRINE
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Broderick Renalda French, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 176th Judicial District Court of Harris County, Texas.

2.      The case below was styled the STATE OF TEXAS vs. Broderick Renalda French, and numbered 1394253.

3.      Appellant was convicted of Robbery.

4.      Appellant was assessed a sentence of 27 years imprisonment TDCJ-ID on July 15, 2014.

5.      Notice of appeal was given on July 15, 2014.

6.      The clerk's record was filed on September 2, 2014; the reporter's record was filed on October 23, 2014.

7.      The appellate brief is presently due on January 14, 2015.

8.      Appellant requests an extension of time of 30 days from the present date,

i.e. March 13, 2015.

9.     One extension to file the brief have been received in this cause.

10.    Defendant is currently incarcerated.

11.    Appellant relies on the following facts as good cause for the requested extension:

Counsel for Appellant is a sole practitioner who must make appearances in county and district court most every work day.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

DAVID L. GARZA

102 S. LOCKWOOD
HOUSTON, TEXAS 77011
713/926-4604
713/926-0373 FAX

By: /s/ *DAVID L. GARZA*
DAVID L. GARZA
STATE BAR NO.: 07731475
david@dlgarza.com
Attorney for Broderick Renalda French

## CERTIFICATE OF SERVICE

This is to certify that on February 12, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Harris County, 1201 FRANKLIN, HOUSTON, TEXAS 77002, by hand delivery.

/s/ *DAVID L. GARZA*
DAVID L. GARZA